UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDY FLORENCIO and OSCAR GUERRA,<br><br>                            Plaintiffs,<br><br>v.<br><br>FLOR AZTECA DELI & GROCERY INC. and/or any other entities affiliated with or controlled by FLOR AZTECA DELI & GROCERY INC., and SANDRA GONZALEZ AND JUAN TENDIA, individually<br><br>                            Defendants | Case No. 1-18-cv-6619<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney respectfully requests the Clerk and all parties to note his appearance in this case as retained counsel for Defendants FLOR AZTECA DELI & GROCERY INC., SANDRA GONZALEZ, and JUAN TENDIA and demands all papers and pleadings in this matter to be served upon him via the CM/ECF automated system and/or the e-mail address listed below.

Dated: December 18, 2018

                                                                                   Respectfully submitted,

                                                                                   */s/ T. Bryce Jones*

                                                                                    T. Bryce Jones
                                                                                    **Jones Law Firm, P.C.**
                                                                                     *Attorney for Defendants*
                                                                                    450 7th Avenue, Suite 1408
                                                                                    New York, NY 10123
                                                                                    (212) 258-0685
                                                                                    bryce@joneslawnyc.com