UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDY FLORENCIO and OSCAR GUERRA,<br><br>            Plaintiffs,<br><br>    v.<br><br>FLOR AZTECA DELI & GROCERY INC. and/or any other entities affiliated with or controlled by FLOR AZTECA DELI & GROCERY INC., and SANDRA GONZALEZ AND JUAN TENDIA, individually<br><br>            Defendants | Case No. 18-cv-6619<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE MOVE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs Rudy Florencio and Oscar Guerra ("Plaintiffs") and Defendants Flor Azteca Deli & Grocery Inc., Sandra Gonzalez, and Juan Tendia, ("Defendants"), that Defendants shall have until January 14, 2019 to answer, move, or otherwise respond to the Complaint filed by Plaintiff on November 20, 2018 (hereinafter "Complaint"). There has been no previous request for an extension of time to respond to Plaintiff's Complaint in this matter.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants hereby waive the affirmative defense of defective service of process with respect to Plaintiff's Complaint and agree to accept service thereof.

By: _____
   Lloyd R. Ambinder, Esq.
   Leonor H. Coyle, Esq.

**VIRGINIA & AMBINDER, LLP**
*Attorneys for Plaintiffs,*
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080

DATED: December 14, 2018

By: _____
   T. Bryce Jones, Esq.

**JONES LAW FIRM, P.C.**
*Attorneys for Defendants*
450 Seventh Avenue, Suite 1408
New York, New York 10123
(212) 258-0685
bryce@joneslawnyc.com

DATED: December 14, 2018