

The Setai Building
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

January 17, 2019

**Leonor H. Coyle**
Associate
lcoyle@vandallp.com

**VIA ECF**
Magistrate Judge James Orenstein
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Florencio et al v. Flor Azteca Deli & Grocery Inc. et al
        18-CV-06619-ILG-JO

Dear Judge Orenstein:

This firm is counsel to Plaintiffs in the above-referenced wage and hour litigation. In accordance with Your Honor's Individual Practice Rules, Sec. II (A), Plaintiffs, with Defendants' consent, request a one week adjournment of the Initial Conference (the "conference") currently scheduled for February 14, 2019 at 11:00 a.m.

Unfortunately I will be out of the country the entire week of February 11th, and defense counsel is otherwise engaged during the following week of February the 19th. Consequently, I respectfully request an adjournment of the conference to any day during the week of February 25, 2019.

This is Plaintiff's first request for an adjournment in this matter.

Respectfully submitted,
/s/ Leonor H. Coyle

cc: John Thompson, Esq. (via ECF)