INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):    2/25/19

2. Deadline for first request for production of documents and first request for interrogatories:    3/12/19

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:    plaintiff(s) N/A ; defendant(s) N/A

3. Date for completion of any joinder of additional parties and amendment of the pleadings:    5/31/19

3(a). Number of proposed additional parties to be joined, if any, by:    plaintiff(s) ___ ; defendant(s) ___

4. Number of depositions by plaintiff(s) of:    parties 3 ; non-parties 2

5. Number of depositions by defendant(s) of:    parties 2 ; non-parties 2

6. Date of status conference (joint status report due two business days in advance):    ___

7. Date for completion of factual discovery:    5/31/19

8. Are expert witnesses needed?    Yes ___ No ✓

8(a). Number of expert witnesses, if any, of plaintiff(s):    medical ___ ; non-medical ___

8(b). Date for completion of those expert reports:    ___

8(c). Number of expert witnesses, if any, of defendant(s):    medical ___ ; non-medical ___

8(d). Date for completion of those expert reports:    ___

9. Date for completion of expert discovery:    ___

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance):    ___

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:    Summary Judgement

3

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions: <u>Summary Judgment</u>

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.) Yes ✓ No ___

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.) Yes ___ No ✓

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.) Yes ___ No ✓

4