T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

Jones
Law Firm P.C.

February 21, 2019

**VIA ECF**
Magistrate Judge James Orenstein
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>Florencio et al v. Flor Azteca Deli & Grocery Inc. et al</u>
          18-cv-06619-ILG-JO

Dear Judge Orenstein:

    This firm is counsel to Defendants in the above-referenced wage and hour litigation. In accordance with Your Honor's Individual Practice Rules, Sec. II (A), Defendants, with Plaintiffs' consent, request a one-week adjournment of the Initial Conference (the "Conference") currently scheduled for February 25, 2019 at 10:00 a.m.

    Unfortunately, we have a conflicting appearance scheduled in another matter that we have been unable to adjourn or reschedule. Plaintiffs' counsel is otherwise engaged from March 6, 2019 through March 11, 2019. **Consequently, we respectfully request an adjournment of the Conference to Tuesday, <u>February 26, 2019</u> (at 10:00 a.m.).  Other dates suitable to both parties include Monday, <u>March 4</u>, or Tuesday, <u>March 5</u>.**

    This is Defendants' first request for an adjournment, however, this is the second request for an adjournment in this matter.

                                           Respectfully submitted,
                                           <u>/s/ T. Bryce Jones</u>