| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>U.S. Magistrate Judge | Date:   3/13/2019<br>Time:   2:00 p.m. |

*Rudy Florencio, et al. v. Flor Azteca Deli & Grocery Inc., et al.*
18-CV-6619 (ILG) (JO)

Type of Conference:  Initial

Appearances:  Plaintiffs      Leonor H. Coyle

   Defendants   John H. Thompson, Arianna Guardiola (pending admission)

Scheduling: The next pretrial conference will be held on June 12, 2019, at 9:30 a.m.

Summary: I will enter a separate case management and scheduling order that reflects the deadlines set forth in the parties' joint discovery plan.

   SO ORDERED

   _____/s/_____
   James Orenstein
   U.S. Magistrate Judge