UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDY FLORENCIO and OSCAR GUERRA,<br><br>            Plaintiffs,<br><br>  v.<br><br>FLOR AZTECA DELI & GROCERY INC. and/or any other entities affiliated with or controlled by FLOR AZTECA DELI & GROCERY INC., and SANDRA GONZALEZ AND JUAN TENDIA, individually<br><br>            Defendants | Case No. 18-cv-6619 (ILG)(JO)<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |

  Now come Plaintiffs Rudy Florencio and Oscar Guerra ("Plaintiffs"), by and through their attorneys Virginia & Ambinder, LLP, and files Plaintiffs' Acceptance of Defendants' Offer pursuant to Rule 68.

1. On or about November 26, 2018 Plaintiffs filed this action against Defendants Flor Azteca Deli & Grocery Inc., Sandra Gonzalez, and Juan Tendia, ("Defendants").

2. On May 10, 2019 Defendants extended to Plaintiffs a Rule 68 Offer of Judgment in this action in the amount of $150,000.00, see Exhibit "A".

3. On May 21, 2019, Plaintiffs' requested and Defendants' consented to a ten day extension of Defendants' Rule 68 Offer. Defendants indeed, consented to any further extensions needed by Plaintiffs.

4. On June 4, 2019, Plaintiffs accepted Defendants' Rule 68 Offer of Judgment via electronic email to Defendants' attorney of record.

Dated: June 4, 2019

                Respectfully submitted,

                /s/Leonor H. Coyle
                VIRGINIA & AMBINDER, LLP

40 Broad St. 7th Floor
New York, New York 10004
Email: lcoyle@vandallp.com
Tel. 212 943-9080

*Attorneys for Plaintiffs*

2