UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RUDY FLORENCIO and OSCAR GUERRA,

                                        Plaintiffs,

                    -against-

FLOR AZTECA DELI & GROCERY INC. and/or any
other entities affiliated with or controlled by FLOR
AZTECA DELI & GROCERY INC., and SANDRA
GONZALEZ AND JUAN TENDIA, individually,

                                        Defendants.

Case No. 18-cv-6619 (ILG)(JO)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK  )

        Marta Nadgorska, being duly sworn, deposes and says:

        I am not a party to this action, am over 18 years of age, and reside in the State of New

York. On June 5, 2019, I caused to be served a true and correct copy of the Notice of

Defendants' Rule 68 Offer of Judgment and Exhibit A at the below listed individual and address:

John Jenner Thompson
Jones Law, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123

via first class mail by depositing this document in a prepaid, properly addressed wrapper in an

official depository under the exclusive care and custody of the United States Postal Service

within the State of New York.

Marta Nadgorska
Marta Nadgorska

Sworn to before me on
June 5, 2019

Notary Public

Michele A Moreno
Notary Public, State of New York
Registration #02MO6341368
Qualified in New York County
Commission Expires May 2 2020