UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
RUDY FLORENCIO and OSCAR GUERRA,

                        Plaintiffs,                                   JUDGMENT
                                                                            18-CV-6619 (ILG) (JO)

            v.

FLOR AZTECA DELI & GROCERY INC. and/or any
other entities affiliated with or controlled by FLOR
AZTECA DELI & GROCERY INC., and SANDRA
GONZALEZ and JUAN TENDIA, individually,

                        Defendants.
--------------------------------------------------------------------------X

       A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on June 6, 2019, directing the Clerk of Court to enter judgment in favor of Plaintiffs in the amount of $150,000.00 pursuant to F.R.C.P. Rule 68; it is

       ORDERED and ADJUDGED that pursuant to F.R.C.P. Rule 68, judgment is hereby entered in favor of Plaintiffs in the amount of $150,000.00.

Dated: Brooklyn, NY                                                      Douglas C. Palmer
       June 7, 2019                                                         Clerk of Court

                                                                          By:    /s/*Jalitza Poveda*
                                                                                  Deputy Clerk